# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1397**

**CA 13-00896**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND VALENTINO, JJ.

---

EILEEN MALAY, PLAINTIFF-APPELLANT,

V                                                                                    ORDER

CITY OF SYRACUSE, GARY W. MIGUEL, DANIEL
BELGRADER, MICHAEL YAREMA AND STEVE LYNCH,
DEFENDANTS-RESPONDENTS.

---

O'HARA, O'CONNELL & CIOTOLI, FAYETTEVILLE (FRANK S. GATTUSO OF
COUNSEL), FOR PLAINTIFF-APPELLANT.

MARY ANNE DOHERTY, CORPORATION COUNSEL, SYRACUSE (JAMES MCGINTY OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

--------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Brian
F. DeJoseph, J.), entered November 29, 2012. The order granted the
motion of defendants for dismissal of plaintiff's complaint.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  January 3, 2014                              Frances E. Cafarell
                                                       Clerk of the Court